## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| LAMAR WALLACE ANDERSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 5:13-cv-2008-SLB-JEO |
| | ) | |
| THE STATE OF ALABAMA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

This is a case on a petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by Lamar Wallace Anderson, an Alabama state prisoner acting *pro se*. The magistrate judge filed findings and a recommendation that the petition is due to be dismissed without prejudice to allow Anderson to exhaust his available state remedies. (Doc. 10). No objections have been filed.

Having carefully reviewed and considered de novo all the materials in the court file, including the findings and recommendation, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**. As a result, the petition for writ of habeas corpus is due to be **DISMISSED WITHOUT PREJUDICE**. A Final Judgment will be entered.

**DONE** this the 14th day of July, 2014.

*Sharon Lovelace Blackburn*

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE